GRANTED

Judge Nathanael M. Cousins

Kevin C. Bedolla, Esq. (sbn 74132)
Law Office of Kevin C. Bedolla
111 N. Market Street, Third Floor
San Jose, California 95113
Telephone: (408) 313-9817
kevin@kcbedolla.com

Attorneys for Defendants
Kyle Laine and Kirsten Raney-Laine

Irene Karbelashvili, Esq. (sbn 232223)
Irakli Karbelashvili, Esq. (sbn 302971)
AllAccess Law Group
1400 Coleman Avenue, Suite F28
Santa Clara, California 95050
Telephone: (408) 313-9817
irakli@allaccesslawgroup.com
irene@allaccesslawgroup.com

Attorneys for Plaintiff
Carlos Pena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>                    Plaintiffs<br><br>vs.<br><br>KYLE LAINE AND KIRSTEN RANEY-LAINE,<br><br>                    Defendants. | CASE NO. 21-cv-8304 NC<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Kyle Laine and Kirsten Raney-Laine and Plaintiff Carlos Pena that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(ii) with each side bearing their own attorney fees, costs, and litigation expenses.

Dated: July 27, 2022            **ALLACCESS LAW GROUP**

By: Irakli Karbelashvili
Attorney for Plaintiff
Carlos Pena

Dated: July 27, 2022           **LAW OFFICE OF KEVIN C. BEDOLLA**

By: Kevin C. Bedolla
Attorney for Defendants
Kyle Laine and Kirsten Raney-Laine